UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:15-cr-141-FtM-99MRM

THOMAS DAVANZO

_____

**FORFEITURE MONEY JUDGMENT AND**
**PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS**

THIS CAUSE comes before the Court upon the United States of America's Motion for:

(1) a Forfeiture Money Judgment against the defendant in the amount of $46,360,724.50; and

(2) a Preliminary Order of Forfeiture for the following assets:

a. Gold and Jewelry

(1) 264 – 1 OZ Gold Canadian Maple Leaf Coins;

(2) 1 – Rolex Watch, Style number 218239 41 MM WG Pres DD; and

(3) Handmade Platinum Stud Earrings with 2 stones 4.03 CTS J S12 GIA – Purchased at Solow and Co. Inc., 589 Fifth Avenue #1306 New York, NY 10017.

b. Bank Accounts

All funds contained in the following accounts:

(1) Banvivienda Bank Account No. ending 6186, held in the name of Central Recycling Services, Inc.;

(2) Banvivienda Bank Account No. ending 7858, held in

the name of Central Recycling Services, Inc.;

(3) Banvivienda Bank Account No. ending 5356, held in the name of Central Group Fund;

(4) Banvivienda Bank Account No. ending 7854, held in the name of Central Group Fund;

(5) Banvivienda Bank Account No. ending 3568, CD Account (containing approximately $250,000.00);

(6) Wells Fargo Bank Account No. ending 5672, held in the name Southwestern Renewable Biofuels, LLC;

(7) Wells Fargo Bank Account No. ending 5614, held in the name Southwestern Renewable Biofuels, LLC;

(8) Wells Fargo Bank Account No. ending 8403, held in the name of East Coast Recycling;

(9) Wells Fargo Bank Account No. ending 6298, held in the name of East Coast Recycling;

(10) Wells Fargo Bank Account No. ending 8630, held in the name of Thomas Davanzo;

(11) Wells Fargo Bank Account No. ending 0135, held in the name of Thomas Davanzo;

(12) Bank of America Account No. ending 8094, held in the name of New England Renewable Corp.;

(13) Bank of America Account No. ending 1580, held in the name of New England Renewable Corp.;

(14) CitiBank Account No. ending 4494, held in the name of Southwestern Renewable Biofuels, LLC;

(15) CitiBank Account No. ending 8297, held in the name of Thomas Davanzo (containing approximately $234,431.68);

(16) Fifth Third Bank Account No. ending 4887, held in the name of Thomas Davanzo (containing approximately $734,603.80);

(17) TD Bank Account No. ending 1827, held in the name of Thomas Davanzo (containing approximately $34,914.97);

(18) US Bank Account No. ending 1949, held in the name of Thomas Davanzo (containing approximately $17,515.10);

(19) US Bank Account No. ending 0362, held in the name Thomas Davanzo ($44,202.97);

(20) TD Ameritrade Account No. ending 2005, held in the name of Thomas Davanzo;

(21) TD Ameritrade Account No. ending 5946, held in the name of Thomas Davanzo;

(22) Chase Bank Account No. ending 3375, held in the name Thomas A. Davanzo; and

(23) Chase Bank Account No. ending 5333, held in the name Thomas A. Davanzo.

c. Checks

(1) Official Check from CitiBank, dated March 15, 2016, in the amount of $234,431.68, made out to Thomas A. Davanzo, and signed over to the U.S. Secret Service, representing the proceeds of the CitiBank Account No. ending 2389, held in the name of Thomas Davanzo;

(2) Official Check from TD Bank, dated March 21, 2106, in the amount of $34,914.97, made out to Thomas A. Davanzo, and signed over to the U.S. Secret Service, representing the proceeds of the TD Bank Account No. ending 2605, held in the name of Thomas A. Davanzo;

  (3) Cashier's Check from Chase Bank, dated April 21, 2016, in the amount of $1,005,366.30, made out to the United States Secret Service, representing the proceeds of the Chase Bank Account No. ending 8690, in the name of Thomas A. Davanzo; and

  (4) Cashier's Check from Fifth Third Bank, dated April 29, 2016, in the amount of $579,047.65, made out to the United States Secret Service, representing the proceeds of the sale of 16 properties owned by Estero Group, LLC (a/k/a Estero Group Recycling, LLC).

 d. <u>Vessel</u>

The net proceeds (approximately $75,000) from the sale of one 2006 Carver 43 foot Motor Yacht, VIN # CDRW1024A606.

 e. <u>Real Property</u>

Real property titled to Thomas Davanzo located at 4751 West Bay Blvd #1504 Estero, FL 33928, Property Parcel Number: 32-46-25-E4-33000.1504, more fully described as:

Unit 1504 of Jasmine Bay South, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Instrument No. 2007000248680, of the Public Records of Lee County, Florida, and any amendments thereto, together with its undivided share in the common elements.

 Being fully advised of the relevant facts, the Court hereby finds that at least $46,360,724.50 in proceeds was obtained from the wire fraud and money laundering conspiracies to which the defendant pled guilty.

 The Court further finds that all of the assets identified above constitute or were derived, in whole or in part, from proceeds traceable to the wire fraud and/or

money laundering Conspiracies. Additionally, the Court finds that the following assets were also involved in the money laundering conspiracy to which the defendant pled guilty:

    a.    <u>Bank Accounts</u>

All funds contained in the following accounts:

(1) Banvivienda Bank Account No. ending 6186, held in the name of Central Recycling Services, Inc.;

(2) Banvivienda Bank Account No. ending 7858, held in the name of Central Recycling Services, Inc.;

(3) Banvivienda Bank Account No. ending 5356, held in the name of Central Group Fund;

(4) Banvivienda Bank Account No. ending 7854, held in the name of Central Group Fund;

(5) Banvivienda Bank Account No. ending 3568, CD Account (containing approximately $250,000.00);

(6) Wells Fargo Bank Account No. ending 5672, held in the name Southwestern Renewable Biofuels, LLC;

(7) Wells Fargo Bank Account No. ending 5614, held in the name Southwestern Renewable Biofuels, LLC;

(8) Wells Fargo Bank Account No. ending 8403, held in the name of East Coast Recycling;

(9) Wells Fargo Bank Account No. ending 6298, held in the name of East Coast Recycling;

(10) Wells Fargo Bank Account No. ending 8630, held in the name of Thomas Davanzo;

(11) Wells Fargo Bank Account No. ending 0135, held in the name of Thomas Davanzo;

(12) Bank of America Account No. ending 8094, held in the name of New England Renewable Corp.;

(13) Bank of America Account No. ending 1580, held in the name of New England Renewable Corp.;

(14) CitiBank Account No. ending 4494, held in the name of Southwestern Renewable Biofuels, LLC;

(15) CitiBank Account No. ending 8297, held in the name of Thomas Davanzo (containing approximately $234,431.68);

(16) Fifth Third Bank Account No. ending 4887, held in the name of Thomas Davanzo (containing approximately $734,603.80);

(17) TD Bank Account No. ending 1827, held in the name of Thomas Davanzo (containing approximately $34,914.97);

(18) US Bank Account No. ending 1949, held in the name of Thomas Davanzo (containing approximately $17,515.10);

(19) US Bank Account No. ending 0362, held in the name Thomas Davanzo ($44,202.97);

(20) TD Ameritrade Account No. ending 2005, held in the name of Thomas Davanzo;

(21) TD Ameritrade Account No. ending 5946, held in the name of Thomas Davanzo;

(22) Chase Bank Account No. ending 3375, held in the name Thomas A. Davanzo; and

(23) Chase Bank Account No. ending 5333, held in the name Thomas A. Davanzo.

b. Checks

   (1) Official Check from CitiBank, dated March 15, 2016, in the amount of $234,431.68, made out to Thomas A. Davanzo, and signed over to the U.S. Secret Service, representing the proceeds of the CitiBank Account No. ending 2389, held in the name of Thomas Davanzo;

   (2) Official Check from TD Bank, dated March 21, 2106, in the amount of $34,914.97, made out to Thomas A. Davanzo, and signed over to the U.S. Secret Service, representing the proceeds of the TD Bank Account No. ending 2605, held in the name of Thomas A. Davanzo;

   (3) Cashier's Check from Chase Bank, dated April 21, 2016, in the amount of $1,005,366.30, made out to the United States Secret Service, representing the proceeds of the Chase Bank Account No. ending 8690, in the name of Thomas A. Davanzo; and

   (4) Cashier's Check from Fifth Third Bank, dated April 29, 2016, in the amount of $579,047.65, made out to the United States Secret Service, representing the proceeds of the sale of 16 properties owned by Estero Group, LLC (a/k/a Estero Group Recycling, LLC).

d. Vessel

The net proceeds (approximately $75,000) from the pending sale of one 2006 Carver 43 foot Motor Yacht, VIN # CDRW1024A606.

e. Real Property

Real property titled to Thomas Davanzo located at 4751 West Bay Blvd #1504 Estero, FL 33928, Property Parcel Number: 32-46-25-E4-33000.1504, more fully described as:

Unit 1504 of Jasmine Bay South, a Condominium according to the Declaration of Condominium thereof, recorded in

    Official Records Instrument No. 2007000248680, of the Public Records of Lee County, Florida, and any amendments thereto, together with its undivided share in the common elements.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is GRANTED.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with co-defendant Robert Fedyna and any other convicted co-conspirators for a forfeiture money judgment in the amount of $46,360,724.50.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the assets identified on pages one through four above are hereby forfeited to the United States for disposition according to law. The net proceeds of the forfeited property shall be credited towards the defendant's forfeiture money judgment.

It is **FURTHER ORDERED** that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the

United States may be entitled to seek up to the amount of the forfeiture money judgment.

**DONE and ORDERED** in Fort Myers, Florida, this 26th day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne Nebesky, AUSA
Counsel of Record