UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:15-cr-141-FtM-99MRM

THOMAS DAVANZO

_____

# FINAL JUDGMENT OF FORFEITURE FOR CURRENCY IN LIEU OF DIAMOND EARRINGS

The United States moves (Doc. 166) under 21 U.S.C. § 853 and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final judgment of forfeiture for $15,000.00 in lieu of the Handmade Platinum Stud Earrings with 2 stones 4.013 CTS J S12GIA, purchased at Solow and Co., Inc. 589 Fifth Avenue #1306, New York, NY 10017, Asset ID Number 16-USS-000003 (the "Diamond Earrings") which were subject to an October 26, 2016 preliminary order of forfeiture (Doc. 95). The forfeiture was also included in the criminal judgment (Doc. 109).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from November 22, 2016, through December 21 2016, the United States published notice of the forfeiture and of its intent to dispose of the Diamond Earrings on the official government website, www.forfeiture.gov. Doc. 160. The publication gave notice to all third parties with a legal interest in the Diamond Earrings to file with the Clerk of Court, U.S. Courthouse and Federal Building, 2110, First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interests within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed the only party known to have a potential interest in the Diamond Earrings, Kathy Davanzo. Other than the defendant, whose interest was previously forfeited to the United States, and Kathy Davanzo, who asserted an equitable interest, no other persons or entities filed a petition or claimed an interest in the Diamond Earrings, and the time for filing such petition has expired. Pursuant to a stipulated settlement agreement entered into with Kathy Davanzo, the United States agreed to forfeit $15,000.00 tendered by Kathy Davanzo in lieu of the Diamond Earrings, and release all claims against the Diamond Earrings alleged in this action.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the $15,000.00 is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the $15,000.00 is now vested in the United States of America.

DONE and ORDERED in Fort Myers, Florida, this 16th day of February, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record