UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:15-cr-141-FtM-99MRM

THOMAS DAVANZO
_____

## FINAL JUDGMENT OF FORFEITURE

The United States moves (Doc. 175) under 21 U.S.C. § 853 and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final judgment of forfeiture for the following asset which is subject to an October 26, 2016 preliminary order of forfeiture (Doc. 95):

> Real property titled to Thomas Davanzo located at 4751 West Bay Blvd #1504 Estero, FL 33928, Property Parcel Number: 32-46-25-E4-33000.1504, more fully described as:
>
> Unit 1504 of Jasmine Bay South, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Instrument No. 2007000248680, of the Public Records of Lee County, Florida, and any amendments thereto, together with its undivided share in the common elements.

The forfeiture was also included in the criminal judgment (Doc. 109).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from November 22, 2016, through December 21, 2016, the United States published notice of the forfeiture and of its intent to dispose of the Real Property on the official government website, www.forfeiture.gov. Doc. 160. The publication gave notice to all third parties with a legal interest in the Real Property to file with the Clerk of Court, U.S. Courthouse and Federal Building, 2110, First Street, Room 2-194, Fort Myers, Florida 33901, a petition to adjudicate their interests within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed parties known to have a potential interest in the Real Property, including Citibank and Mortgage Electronic Registration Systems, Inc. The United States acknowledged any claim Lee County Tax Collector may have in the Real Property, and agrees to pay any and all ad valorem real property taxes and non-ad valorem assessments due and owing to the Tax Collector from the proceeds of the sale of the Real Property, to the extent there are sufficient proceeds. Additionally, the United States agreed to pay Citibank upon the sale of the Real Property pursuant to the terms of the Stipulated Settlement Agreement. Doc. 169. Other than the defendant, whose interest was previously forfeited to the United States, and Citibank and the Lee County Tax Collector, whose interests have been recognized, no other persons or entities filed a petition or claimed an interest in the Real Property, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the Real Property is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the Real Property is now vested in the United States of America, subject to the terms of the Stipulated Settlement Agreement filed in the instant case and any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Lee County Tax Collector.

**DONE and ORDE**RED in Fort Myers, Florida, this 31st day of March, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record