UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:15-cr-141-FtM-99MRM

THOMAS DAVANZO

_____

# **FINAL JUDGMENT OF FORFEITURE**

The United States moves (Doc. 181) under 21 U.S.C. § 853 and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final judgment of forfeiture for the following assets which were subject to an October 26, 2016 preliminary order of forfeiture (Doc. 95):

- a. Gold and Jewelry

    (1) 264 – 1 OZ Gold Canadian Maple Leaf Coins; and

    (2) 1 – Rolex Watch, Style number 218239 41 MM WG Pres DD.

- b. Bank Accounts

    All funds contained in the following accounts:

    (1) All funds contained in the following Banvivienda Bank Accounts:

    a. Account No. ending 6186, held in the name of Central Recycling Services, Inc.;

    b. Account No. ending 7858, held in the name of Central Recycling Services, Inc.;

    c. Account No. ending 5356, held in the name of Central Group Fund;

    d. Account No. ending 7854, held in the name of Central Group Fund;

    e. Account No. ending 3568, CD Account

  (2) Approximately $6,442.01 seized from CitiBank Account No. ending 4494, held in the name of Southwestern Renewable Biofuels, LLC;

  (3) Approximately $734,603.80 seized from Fifth Third Bank Account No. ending 4887, held in the name of Thomas Davanzo;

  (4) Approximately $2,153.20 seized from US Bank Account No. ending 0362, held in the name Thomas Davanzo;

  (5) Approximately $542.92 seized from TD Ameritrade Account No. ending 2005, held in the name of Thomas Davanzo; and

  (6) Approximately $522,378.20 seized from Chase Bank Account No. ending 3375 and 5333, held in the name Thomas A. Davanzo.

c. <u>Checks</u>

  (1) Official Check from CitiBank, dated March 15, 2016, in the amount of $234,431.68, made out to Thomas A. Davanzo, and signed over to the U.S. Secret Service, representing the proceeds of the CitiBank Account No. ending 8297, held in the name of Thomas Davanzo;

  (2) Official Check from TD Bank, dated March 21, 2016, in the amount of $34,914.97, made out to Thomas A. Davanzo, and signed over to the U.S. Secret Service, representing the proceeds of the TD Bank Account No. ending 2605, held in the name of Thomas A. Davanzo;

  (3) Cashier's Check from Chase Bank, dated April 21, 2016, in the amount of $1,005,366.30, made out to the United States Secret Service, representing the proceeds of the Chase Bank Account No. ending 8690, in the name of Thomas A. Davanzo; and

(4) Cashier's Check from Fifth Third Bank, dated April 29, 2016, in the amount of $579,047.65, made out to the United States Secret Service, representing the proceeds of the sale of 16 properties owned by Estero Group, LLC (a/k/a Estero Group Recycling, LLC).

d. Vessel

Approximately $75,000 received from the sale of one 2006 Carver 43-foot Motor Yacht, VIN # CDRW1024A606.

The forfeiture was also included in the criminal judgment (Doc. 109).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from November 22, 2016, through December 21 2016, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov. Doc. 160. The publication gave notice to all third parties with a legal interest in the assets to file with the Clerk of Court, U.S. Courthouse and Federal Building, 2110, First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interests within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed the only party known to have a potential interest in the assets, Southwestern Renewable Biofuels, LLC. Other than the defendant, whose interest was previously forfeited to the United States, no other persons or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets identified above is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 6th day of June, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record