UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:15-cr-141-FtM-38MRM

THOMAS DAVANZO

## **ORDER**[1]

This matter comes before the Court on Motion to Authorize Payment from Inmate Trust Account (Doc. #222) filed on May 1, 2018. The United States moves the court for an order authorizing the Bureau of Prisons to turnover monies held in the defendant's inmate trust account to the Clerk of Court as payment towards his outstanding restitution. The time to file a response to the motion has lapsed and no response has been filed.

18 U.S.C. § 3664 provides the procedures for the imposition and enforcement of restitution:

> If a person obligated to provide restitution, or pay a fine, receives substantial resources *from any source*, including inheritance, settlement, or other judgment, during a period of incarceration, such person *shall be required* to apply the value of such resources to any restitution or fine still owed.

As such, an order authorizing turnover of Davanzo's property is appropriate. Further, the Government argues that because the property is cash, it does not fall within the applicable categories of the exempt property that can be claimed in a criminal case. *See* 18 U.S.C § 3613(a)(1).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Court, having considered the motion and the arguments contained therein, will grant the relief requested as outlined below.

Accordingly, it is now

**ORDERED:**

The Motion to Authorize Payment from Inmate Trust Account (Doc. 222) is **GRANTED**. The Bureau of Prisons is authorized to turn over the funds in defendant Thomas Davanzo's inmate trust account, less $100 for necessities, to the Clerk of Court to be applied towards his restitution obligation.

**DONE AND ORDERED** at Fort Myers, Florida, this June 18, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record