UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:15-cr-141-FtM-99MRM

THOMAS DAVANZO

_____

**PRELIMINARY ORDER OF
FORFEITURE FOR SUBSTITUTE ASSETS**

The United States moves, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for a preliminary order of forfeiture for 10 - 1oz. Canadian Maple Leaf Gold Coins, in partial satisfaction of the Defendant's $46,360,724.50 forfeiture money judgment.

On October 26, 2016, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c), the Court entered a $46,360,724.50 forfeiture money judgment against the Defendant. Doc. 95.

The United States is entitled to forfeit the substitute assets identified above, in partial satisfaction of the Defendant's forfeiture money judgment.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the 10 - 1oz. Canadian Maple Leaf Gold Coins are FORFEITED to the United States of America for disposition according to law, subject to

the provisions of 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), in partial satisfaction of the Defendant's forfeiture money judgment.

Assuming no third party files a successful claim to the coins, the net proceeds from the forfeited coins will be credited towards partial satisfaction of the Defendant's forfeiture money judgment.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

**DONE and ORDERED** in Fort Myers, Florida, this 12th day of September, 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne Nebesky, AUSA
Counsel of Record